UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRTIVA CORPORATION,<br><br>                      Plaintiff,<br><br>              -v.-<br><br>FREEWHEEL MEDIA, INC.,<br><br>                      Defendant. | 21 Misc. 830 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a telephonic conference on **January 11, 2022, at 12:00 p.m.**  To access the conference, the parties shall call (888) 363-4749 and enter access code 5123533.  At the conference, the Court will issue an oral decision resolving Plaintiff Firtiva Corporation's motion to compel Defendant Freewheel Media, Inc., to produce discovery under Federal Rule of Civil Procedure 45.  (Dkt. #1-3).

      SO ORDERED.

Dated:  January 7, 2022
             New York, New York

                                                        KATHERINE POLK FAILLA
                                                        United States District Judge